## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

        Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

        Defendant.

CIVIL ACTION NO.
1:22-cv-00242-SCY-SMV

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Came on to be heard the Unopposed Motion of Defendant Travelers Casualty and Surety Company of America's for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint. The Court, having considered said motion and being otherwise fully apprised of the circumstances in this cause, finds that the motion is well taken and should be granted. It is, therefore,

ORDERED that the deadline for Defendant Travelers Casualty and Surety Company of America to answer or otherwise respond to Plaintiff's Complaint is hereby extended to August 4, 2022.

SO ORDERED on July 5, 2022, 2022.

 

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

**APPROVED:**


/s/ Michael Keeley
Michael Keeley
New Mexico Bar No. 3852
Texas State Bar No. 11157800
michael.keeley@strasburger.com
J. Caralisa Connell
(*Pro Hac Vice Admission Pending*)
Tennessee State Bar No.  036928
jconnell@clarkhill.com
CLARK HILL PLC
901 Main Street, Suite 6000
Dallas, TX 75202-3794
(214) 651-4300
(214) 651-4330 Fax


ATTORNEYS FOR DEFENDANT
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

and

/s/ Ruth F. Keegan (with permission)
Ruth F. Keegan
Assistant United States Attorney
United States Attorney's Office
District of New Mexico
201 Third Street, NW, Suite 900
Albuquerque, NM 87102
Ruth.f.keegan@usdoj.gov
(505) 224-1470
(505) 346-7296 Fax

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA