**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                           No. 22-cv-0242 SCY/SMV

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

    Defendant,

and

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

    Counterclaimant,

v.

UNITED STATES OF AMERICA,

    Counter-Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    August 24, 2022, at 10:30 a.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **August 24, 2022, at 10:30 a.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**