UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

    Defendant.

CIVIL ACTION NO.
1:22-cv-00242-DHU-JHR

**ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL**

    Came on to be heard the Unopposed Motion of Defendant Travelers Casualty and Surety Company of America's for Extension of Time to File Motion to Compel. The Court, having considered said motion and being otherwise fully apprised of the circumstances in this cause, finds that the motion is well taken and should be granted. It is, therefore,

    ORDERED that the deadline for Defendant Travelers to file a motion to compel on the United States objections and responses to Travelers' First Set of Interrogatories and First Set of Requests Production, which were served on March 7, 2023, for which the deadline to file a motion to compel has begun running, is hereby extended to April 11, 2023.

    SO ORDERED on March 28, 2023.

    _____
    JERRY H. RITTER
    UNITED STATES MAGISTRATE JUDGE

        **APPROVED:**

        */s/ Michael Keeley*
        Michael Keeley
        New Mexico Bar No. 3856
        Texas State Bar No. 11157800
        mkeeley@clarkhill.com
        J. Caralisa Connell
        DNM Bar ID: 22-206
        Tennessee State Bar No. 036928
        jconnell@clarkhill.com
        CLARK HILL PLC
        901 Main Street, Suite 6000
        Dallas, TX 75202-3794
        (214) 651-4300
        (214) 651-4330 Fax

        ATTORNEYS FOR DEFENDANT
        TRAVELERS CASUALTY AND SURETY
        COMPANY OF AMERICA

        and

        */s/ Ruth F. Keegan (with permission)*
        Ruth F. Keegan
        Assistant United States Attorney
        United States Attorney's Office
        District of New Mexico
        201 Third Street, NW, Suite 900
        Albuquerque, NM 87102
        Ruth.f.keegan@usdoj.gov
        (505) 224-1470
        (505) 346-7296 Fax

        ATTORNEYS FOR DEFENDANT
        UNITED STATES OF AMERICA