UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

    Plaintiff,

v.

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA,

    Defendant.

CIVIL ACTION NO.
1:22-cv-00242-DHU-JHR

### ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S FOR EXTENSION OF TIME TO FILE MOTION TO COMPEL

Came on to be heard the Unopposed Motion of Defendant Travelers Casualty and Surety Company of America's for Extension of Time to File Motion to Compel. The Court, having considered said motion and being otherwise fully apprised of the circumstances in this cause, finds that the motion is well taken and should be granted. It is, therefore,

ORDERED that the deadline for Defendant Travelers to file a motion to compel on the United States objections and responses to Travelers' First Set of Interrogatories and First Set of Requests Production, which were served on March 7, 2023, for which the deadline to file a motion to compel has begun running, is hereby extended to April 18, 2023.

SO ORDERED on April 12, 2023.

**APPROVED:**

*/s/ Michael Keeley*
Michael Keeley
New Mexico Bar No. 3856
Texas State Bar No. 11157800
mkeeley@clarkhill.com
J. Caralisa Connell
DNM Bar ID: 22-206
Tennessee State Bar No. 036928
jconnell@clarkhill.com
CLARK HILL PLC
901 Main Street, Suite 6000
Dallas, TX 75202-3794
(214) 651-4300
(214) 651-4330 Fax

ATTORNEYS FOR DEFENDANT
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

and

*/s/ Ruth F. Keegan (with permission)*
Ruth F. Keegan
Assistant United States Attorney
United States Attorney's Office
District of New Mexico
201 Third Street, NW, Suite 900
Albuquerque, NM 87102
Ruth.f.keegan@usdoj.gov
(505) 224-1470
(505) 346-7296 Fax

ATTORNEYS FOR DEFENDANT
UNITED STATES OF AMERICA