UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

   Plaintiff,

                 1:22-cv-00242-DHU-JHR

 v.

TRAVELERS CASUALTY & SURETY
COMPANY OF AMERICA,

   Defendant.

### ORDER GRANTING THE
### UNITED STATES' UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO FILE OBJECTIONS

THIS MATTER comes before the Court on the United States' motion for an extension of time to file objections, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, and to stay that portion of the Court's Memorandum Opinion And Order Granting In Part Travelers' Motion To Compel Discovery And For Extension Of Time (Memorandum Opinion and Order), Doc. 109, that "invites Travelers and the United States to submit an affidavit setting forth the fees and expenses incurred attributable to the specific part(s) of the Motion upon which they prevailed," until 14 days after the District Court rules on the objections. Doc. 110. The Court has reviewed the motion and finds it is well taken.

 IT IS THEREFORE ORDERED

- The deadline to file objections to the Court's Memorandum Opinion and Order is extended to and including January 2, 2023, and

- The deadline on the Court's invitation to file affidavits is extended until fourteen days after the objections are resolved.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
JERRY H. RITTER